**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cory Prochaska,                       )
                                      )
                    Plaintiff,        )    No. CV-06-1117-PCT-PGR
                                      )
            vs.                       )
                                      )          ORDER
Walgreens Co.,                        )
                                      )
                    Defendant.        )
_____)

The plaintiff having filed a Notice of Settlement on September 7, 2006,

IT IS ORDERED that the Scheduling Conference set for September 11, 2006 is vacated.

IT IS FURTHER ORDERED that a status hearing is set for Monday, October 2, 2006, at 1:30 p.m., in Courtroom 601, to be automatically vacated upon the filing of appropriate dismissal documentation.

DATED this 7th day of September, 2006.

Paul G. Rosenblatt
United States District Judge